### HENRY KARELS v. THE STATE.

No. 6860.    Decided March 8, 1922.

Manufacture—Intoxicating Liquor—Bill of Exceptions—Statement of Facts.

In the absence of a bill of exceptions or statement of facts, the indictment being correct and the charge presenting the law, the judgment below will be affirmed.

Appeal from the District Court of Falls. Tried below before the Honorable Prentice. Oltorf.

Appeal from a conviction of unlawfully manufacturing intoxicating liquors; penalty, one year imprisonment in the penitentiary.

The opinion states the case.

*Frank Oltorf,* for appellant.

*R. G. Storey,* Assistant Attorney General, for the state.

LATTIMORE, JUDGE.—Appellant was convicted in the District Court of Falls County of the offense of manufacturing intoxicating liquor, and his punishment fixed at one year in the penitentiary.

The record is before us without bills of exception or statement of facts. The indictment is in correct form for charging the offense named, and the charge of the court presents the law applicable thereto.

No error appearing, the judgment of the trial court will be affirmed.

*Affirmed.*